# EXHIBIT B

EVIDENCE OF USE FOR U.S. PATENT NO. 8,610,573

Title: Radio frequency module and methods of transmitting/receiving data

Application No.: US 12/558,484

Filing Date: September 11, 2009

Issue Date: December 17, 2013

**Accused Product:**





  

Source: https://www.raytac.com/product/ins.php?index_id=111

1

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A radio frequency module comprising: | Raytac Corporation provides MDBT50-512K Bluetooth low energy module (i.e., "radio frequency module") deploying Nordic nRF52833 solution.<br><br><br><br>Source: https://www.raytac.com/product/ins.php?index_id=111<br><br>Raytac's MDBT50-512K & MDBT50-P512K is a BT5.2 & BT5.1 stack (Bluetooth low energy or BLE) module designed based on Nordic nRF52833 SoC solution, which incorporates: GPIO, SPI, UART, I2C, I2S, PMD, PWM, ADC, NFC and USB interfaces for connecting peripherals and sensors.<br>Source:  https://www.raytac.com/product/ins.php?index_id=111 |

2

| Claim Language | Evidence of Infringement |
|---|---|
| a base member including a printed circuit board having a first surface and a second surface; | Raytac MDBT50-512K module includes a printed circuit board (PCB) that has a first and a second surface.<br><br><br><br>Source: https://www.raytac.com/product/ins.php?index_id=111 |

3

| Claim Language | Evidence of Infringement |
|---|---|
| a transceiver assembly located on the printed circuit board and including:<br><br>a transceiver; and | Raytac MDBT50-512K module deployed with Nordic nRF52833SoC solution (i.e., "transceiver").<br><br>[Image showing module with labels "Transceiver assembly" and "Transceiver" pointing to N52833 QDAAA0 2012AB chip]<br><br>Source: https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 1 of 4)<br><br>Raytac's MDBT50-512K & MDBT50-P512K is a BT5.2 & BT5.1 stack (Bluetooth low energy or BLE) module designed based on Nordic nRF52833SoC solution, which incorporates: GPIO, SPI, UART, I2C, I2S, PMD, PWM, ADC, NFC and USB interfaces for connecting peripherals and sensors.<br>Source: https://www.raytac.com/product/ins.php?index_id=111 |

4

| Claim Language | Evidence of Infringement |
|---|---|
| a matching/filtering network having first and second ends; | Raytac MDBT50-512K module includes a matching/filtering network comprising passive components. The primary characteristic of a matching network is to maximize power transfer from the source (transceiver) to load (antenna). The matching/filtering network comprises passive components such as inductors and capacitors (shown in patent specification provided below).<br><br>[Annotated image of Raytac MDBT50-512K module showing "First end", "Second end", and "Matching/filtering network" labels pointing to components on the PCB near the N52833 QDAAA0 2012AB chip]<br><br>Source:  https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 1 of 4)<br><br>A matching network is connected between a source and a load, and its circuitry is usually designed such that it transfers almost all power to the load while presenting an input impedance that is equal to the complex conjugate of the source's output impedance. Alternatively, you can think of a matching network as transforming the output impedance of the source such that it is equal to the complex conjugate of the load impedance.<br>Source: https://www.allaboutcircuits.com/textbook/radio-frequency-analysis-design/selected-topics/understanding-matching-networks/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Patent Specification:**<br>The RF matching/filtering network **62** is also connected to the chip antenna **15** and preferably comprises a plurality of passive electrical components **72** including inductors and capacitors connected in series and arranged in an in-line configuration that extends generally parallel with the ground plane segment **32** inside the shield **22**. The inductors and capacitors **72** form a filter and differential antenna connection<br>*Source US8610573, col 4, lines 61-66* |

| Claim Language | Evidence of Infringement |
|---|---|
| the matching/filtering network having a plurality of passive series connected electrical components in a linear arrangement, with the first end thereof electrically connected to the transceiver; | Raytac MDBT50-512K module's matching/filtering network comprises some passive components forming a linear arrangement where the first end is connected to Nordic nRF52833SoC solution (i.e., "transceiver").  The matching/filtering network comprises passive components such as inductors and capacitors. Further, at least a plurality of the passive components are in a linear arrangement with two ends of a component each connected to a different component (series connection) rather than the two ends of the component being connected to the same component (parallel connection).<br><br>[Image: Raytac MDBT50-512K module photo with labels — Transceiver (N52833 chip), First end connected to transceiver, Matching/filtering network, Plurality of passive components]<br><br>Source:  https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 1 of 4) |

7

| Claim Language | Evidence of Infringement |
|---|---|
| a ground plane formed on the first surface and surrounding at least a substantial portion of the transceiver assembly; | Raytac MDBT50-512K module includes metal segment (i.e., "ground plane") on the PCB surface surrounding portion of the transceiver assembly.<br><br>Source: https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 1 of 4) |

8

| Claim Language | Evidence of Infringement |
|---|---|
| a radio frequency shield electrically coupled to the ground plane and covering at least a substantial portion of the transceiver assembly; | Raytac MDBT50-512K module includes a shield (i.e., "radio frequency shield") that covers the transceiver assembly and is soldered to the metal segment (i.e., "ground plane").  Source: https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 1 of 4) |

9

| Claim Language | Evidence of Infringement |
|---|---|
|  | Source: https://www.raytac.com/product/ins.php?index_id=111 |

10

| | |
|---|---|
| a chip antenna located on the first surface of the printed circuit board outside of the shield and extending generally parallel with the matching/filtering network; and | Raytac MDBT50-512K module includes chip antenna outside the shield in the PCB. The antenna extends in parallel with the matching/filtering network.<br><br><br><br>Source: https://www.raytac.com/product/ins.php?index_id=111<br><br>**MDBT50-512K**<br><br>Model No.：MDBT50-512K<br><br>* Nordic nRF52833 SoC Solution<br>* A recommended 3rd-party module by Nordic Semiconductor.<br>* BT5.2 Bluetooth Specification Certified.<br>* Supports BT5 Long Range Feature<br>* Certifications: FCC, IC, CE, Telec (MIC), KC, SRRC, NCC, RCM, WPC<br>* 32-bit ARM® Cortex™ M4 CPU<br>* 512kB Flash Memory / 128kB RAM<br>* RoHS & Reach Compliant.<br>* Dimension：8.4 x 13.2 x 2.1 mm<br>* 18 GPIO<br>* Chip Antenna<br>* Interfaces: SPI, UART, I2C, PWM, ADC, I2S, NFC and USB<br><br>Source: https://www.raytac.com/product/ins.php?index_id=111 |

11



Source:  https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 2 of 4)



Source:  https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 1 of 4)

| Claim Language | Evidence of Infringement |
|---|---|
| a radio feed point extending between the chip antenna and the second end of the matching/filtering network, the chip antenna together with the matching/filtering network and the feed point forming a generally U-shape. | Raytac MDBT50-512K module has a feed point between the chip antenna and the second end of the matching/filtering network. This arrangement forms a U-shape with the components.<br><br>[Annotated image showing: Forming U-shape, Chip antenna, Matching/filtering network, Second end, Radio feed point]<br><br>Source: https://fccid.io/SH6MDBT50/Internal-Photos/STC-Internal-Photo-pdf-5001709.pdf   (Page 1 of 4) |

13